RECEIVED
MAR 0 3 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

2-28-06

1:05CV0674
SCP

To Your Honorable Judge James D. Kirk,

Due to malfunction and disorganization of records thats kept, it has been complicated to pull up the records files.

However, I was fortunate to find the copies of the mailing dates on the document that was requested by this court.

However, copies are being made at this moment, of the dates on the documents that was requested, so it can be sent to this court for verification that the requested documents was sent to this honorable court as requested.

At this moment I'm asking if I could be granted an additional 10 day extension on my time limitation I already have to file on my written objection which is up on march 10, 2006.

Thank you for your time and consideration on this matter.

Sincerely,
Dameon McCullough

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
MAR 2 4 2006
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

Extension of 20 days from this date to file objection is granted.

24 March 06

Judge