U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

JAN - 9 2008

ROBERT H. SHEMWELL, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DAVEON MCCULLOUGH,<br>Petitioner | CIVIL ACTION<br>NO. CV05-0674-A |
| VERSUS | |
| WARDEN BURL CAIN,<br>Respondent | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that McCullough's petition for writ of habeas corpus is GRANTED and McCullough is GRANTED a conditional writ of habeas corpus, ordering his discharge from custody unless the State of Louisiana returns him to the Ninth Judicial District Court, Rapides Parish, Louisiana, for re-arraignment within 60 days after the date of this Court's judgment.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 9TH day of January, 2008.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE