U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA
NOV 13 2008
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **DAVEON McCULLOUGH** | **CIVIL ACTION NO. 05-0674** |
| -vs- | **JUDGE DRELL** |
| **WARDEN BURL CAIN** | **MAGISTRATE JUDGE KIRK** |

## JUDGMENT

In accordance with the reasons for judgment stated separately and signed on this date, **IT IS ORDERED THAT** Petitioner's Application for Federal Writ of Habeas Corpus under 28 U.S.C. § 2254 which alleges that he is in custody in violation of the Constitution and laws of the United States will be **DENIED** and **DISMISSED WITH PREJUDICE**.

SIGNED on this 12 day of November, 2008 at Alexandria, Louisiana.

DEE D. DRELL

UNITED STATES DISTRICT JUDGE